UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Russ Gordon, et al.,

                Plaintiff(s),

v.                                         Case No. 2:23−cv−12812−DML−DRG
                                                      Hon. David M. Lawson

Hamtramck, City of, et al.,

                Defendant(s),

### ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that the following motion(s) are referred to U.S. Magistrate Judge David R. Grand for a hearing and determination pursuant to 28 U.S.C. § 636(b)(1)(A):

        Motion to Compel − #27
        Motion to Compel − #28


                                                      s/David M. Lawson
                                                      David M. Lawson
                                                      United States District Judge


### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.


                                                        s/S. Pinkowski
                                                      Case Manager

Dated:  May 10, 2024