UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RUSS GORDON and CATHY STACKPOOLE,

        Plaintiff,                      Case Number 23-12812

v.                                          Honorable David M. Lawson

CITY OF HAMTRAMCK, HAMTRAMCK
CITY COUNCIL, and AMER GHALIB,

        Defendants.

_____/

## ORDER PERMITTING FILING OF SECOND AMENDED COMPLAINT AND EXTENDING SCHEDULING DEADLINES

On June 24, 2024, plaintiffs filed a motion for leave to file a second amended complaint. Shortly thereafter, the parties filed a stipulation to resolve the motion by permitting the pleading amendment and also requesting that the Court extend certain case management deadlines. The Court has considered the parties' request for a schedule adjustment and finds that good cause has been established for some scheduling relief, but not to the full extent requested.

Accordingly, it is **ORDERED** that the plaintiffs' second amended complaint must be filed **on or before July 8, 2024**. The plaintiffs' motion for leave to file a second amended complaint (ECF No. 38) is **DISMISSED** as moot.

It is further **ORDERED** that all discovery in this matter must be completed **on or before September 23, 2024**, and dispositive motions and motions challenging experts must be filed **on or before October 7, 2024**. All other provisions of the case management and scheduling order remain in full force and effect.

                                                            s/David M. Lawson
                                                            DAVID M. LAWSON
                                                             United States District Judge

Dated:  July 1, 2024