UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RUSS GORDON and CATHY STACKPOOLE,

        Plaintiff,                                Case Number 23-12812

v.                                                     Honorable David M. Lawson

CITY OF HAMTRAMCK, HAMTRAMCK
CITY COUNCIL, and AMER GHALIB,

        Defendants.
_____/

**ORDER GRANTING REQUEST FOR LEAVE TO FILE EXCESS PAGES**

Pursuant to the stipulation of the parties (ECF No. 65), it is **ORDERED** that the defendants' request for leave to file a 38-page brief in opposition to the plaintiffs' motion for summary judgment is **GRANTED**, and the contemporaneously filed response (ECF No. 66) is deemed properly submitted.

                                                                     s/David M. Lawson
                                                                     DAVID M. LAWSON
                                                                     United States District Judge

Dated: January 17, 2025