UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RUSS GORDON and CATHY STACKPOOLE,

        Plaintiff,                      Case Number 23-12812

v.                                         Honorable David M. Lawson

CITY OF HAMTRAMCK, HAMTRAMCK
CITY COUNCIL, and AMER GHALIB,

        Defendants.
_____/

## ORDER GRANTING REQUEST FOR LEAVE TO FILE EXCESS PAGES

Pursuant to the stipulation of the parties (ECF No. 68), it is **ORDERED** that the plaintiffs' reply brief in support of their motion for partial summary judgment shall not exceed 18 pages in length.

                                                        s/David M. Lawson
                                                        DAVID M. LAWSON
                                                        United States District Judge

Dated:   January 23, 2025